1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7

MARCUS BLACKWELL,

8

Plaintiff,

9

v.

10

JAMES G. COX, et al.,

11

Defendants.

Case No. 2:16-cv-00214-RFB-NJK

**ORDER TO PRODUCE
MARCUS BLAKCWELL, #1032390**

12
13
14
15

TO:     DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:     TIMOTHY FILSON, WARDEN, ELY STATE PRISON, ELY, NV
        UNITED STATES MARSHAL FOR THE DISTRICT OF
        NEVADA AND ANY OTHER UNITED STATES MARSHAL

16
17
18

   **THE COURT HEREBY FINDS** that **MARCUS BLACKWELL, #1032390**, is presently

in custody of the Nevada Department of Corrections, located at Ely State Prison, Ely, Nevada.

19
20

   **IT IS ORDERED** that the Warden of Ely State Prison or his designee, shall transport and

produce **MARCUS BLACKWELL, #1032390**, to the Lloyd D. George United States

21
22

Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Thursday,

August 3, 2017, at the hour of 10:00 a.m., to attend a hearing in the instant matter, and arrange

23
24

for his appearance on said date as ordered and directed by the Court entitled above, until

**MARCUS BLACKWELL, #1032390**, is released and discharged by the said Court; and that

25
26

**MARCUS BLACKWELL, #1032390,** thereafter be returned to the custody of the Warden, Ely

State Prison, Ely, NV, under safe and secure conduct

27
28

1    **DATED** this 24th day of July, 2017.

2

3    _____

4    **RICHARD F. BOULWARE, II**
     **UNITED STATES DISTRICT JUDGE**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28